**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 26-1322 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | ) | |
| Respondents. | ) | |

**PROTECTIVE PETITION FOR REVIEW**

Pursuant to Clean Air Act Section 7607, 42 U.S.C. § 7607; Federal Rule of Appellate Procedure 15(a); and D.C. Circuit Rule 15(a), the Environmental Defense Fund hereby protectively petitions this Court for review of the United States Environmental Protection Agency and Lee Zeldin, Administrator's (collectively "EPA"), refusal to convene a reconsideration proceeding under Clean Air Act Section 7607(d)(7)(B), 42 U.S.C. § 7607(d)(7)(B), as requested in the Petition for Administrative Reconsideration of the Vehicle Endangerment Repeal

submitted to EPA by Environmental Defense Fund et al. on Apr. 15, 2026,[1] and as evidenced by the treatment of objections raised in that Administrative Petition in the EPA action entitled "Rescission of the Greenhouse Gas Findings for Fossil Fuel-Fired Power Plants and Repeal of Regulations for Power Plant Greenhouse Gas Emissions Under Clean Air Act Section 111: Supplemental Notice of Proposed Rulemaking," 91 Fed. Reg. 59,002 (Sept. 17, 2026). A copy of both the April 15th Administrative Petition and the September 17th Supplemental Notice are attached to this petition. This petition is filed as protective matter only, so as not to forfeit any potential right to judicial review.

DATED: November 16, 2026

Respectfully submitted,

/s/ *Chloe H. Kolman*
Chloe H. Kolman
Megan M. Herzog
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
(202) 372-5270 (Kolman)
chloe@donahuegoldberg.com
megan@donahuegoldberg.com

Vickie L. Patton
Peter Zalzal
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
(303) 447-7214

[1] Docket No. EPA-HQ-OAR-2025-0194-31118, available at https://www.regulations.gov/comment/EPA-HQ-OAR-2025-0194-31118.

vpatton@edf.org
pzalzal@edf.org

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | | |
|---|---|---|
| ENVIRONMENTAL DEFENSE FUND, | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. __________ |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | ) | |
| Respondents. | ) | |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Petitioner Environmental Defense Fund states that it is a non-profit corporation organized under the laws of the State of New York, dedicated to finding practical solutions to critical environmental problems through the use of law, policy, science, and economics. Environmental Defense Fund does not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in Environmental Defense Fund.

DATED: November 16, 2026

Respectfully submitted,

/s/ *Chloe H. Kolman*
Chloe H. Kolman
Megan M. Herzog

Donahue, Goldberg, Herzog &
Davidson
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
(202) 372-5270 (Kolman)
chloe@donahuegoldberg.com
megan@donahuegoldberg.com

Vickie L. Patton
Peter Zalzal
Environmental Defense Fund
2060 Broadway St., Ste. 300
Boulder, Colorado 80302
(303) 447-7214
vpatton@edf.org
pzalzal@edf.org

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Protective Petition for Review has been served by United States first-class mail this 16th day of November, 2026, upon the following:

Administrator Lee Zeldin
U.S. Environmental Protection Agency
Office of the Administrator – 1101A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Todd Blanche
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel - 2311
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Respectfully submitted,

/s/ *Chloe H. Kolman*
Chloe H. Kolman